No. 83–1318. GARRISON, WARDEN, ET AL. *v.* ALSTON. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.